**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto LOPEZ–GUTIERREZ,**
**Defendant–Appellant.**

**No. 13–50512.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 6, 2015.*

Filed June 9, 2015.

Brandon James Kimura, Esquire, Special Assistant U.S., Janet Cabral, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney San Diego, CA, for Plaintiff–Appellee.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, WARDLAW and W. FLETCHER, Circuit Judges.

**MEMORANDUM** **

We use the modified categorical approach to determine the controlled substance that served as the basis for a defendant's conviction under California Health & Safety Code § 11351. *United States v. Torre–Jimenez,* 771 F.3d 1163, 1167 (9th Cir.2014). It is clear from the complaint and plea colloquy that Lopez–Gutierrez's conviction was for possession for sale of heroin, a drug listed in the Controlled Substances Act. *See* 21 U.S.C. § 812(c), sched. I(b)(10). Therefore, Lopez–Gutierrez's underlying deportation was valid and his conviction for illegal reentry must be upheld.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.